and the motion granted. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

ROBERT F. NEWELL et al., Respondents, v. GEORGE J. COSTELLO et al., Doing Business under the Name of COSTELLO LAUNCH SERVICE, Appellants.— Order unanimously modified by limiting the items of examination to items 1, 2, 3, 4 and 5, and as so modified affirmed, with $20 costs and disbursements to the appellants. The date for the examination shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

LOUIS RICHMAN, Individually and in Behalf of All the Tenants, Similarly Situated, of Premises 161 West 75th Street and 174 West 76th Street, Borough of Manhattan, Respondent, v. NATHAN FLEISHER et al., Appellants.— The appellants' brief points out that the defendants Henry Pearce and Jules Mayer, who were formerly managing agents of the building in question, had no privity whatsoever therewith during the period here involved. The brief of the plaintiff admits that as to said defendants the action has been discontinued. The attorney for the plaintiff has submitted a stipulation discontinuing the action, so far as the plaintiff is concerned, against the defendants, Pearce and Mayer. Order unanimously modified by excluding from its provisions the defendants, Pearce and Mayer, and by reducing the total fine as to the remaining defendants to the sum of $250, and as so modified affirmed, with $20 costs and disbursements. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

JULIETTE T. ASCHNER, Appellant-Respondent, v. PAUL ASCHNER, Respondent-Appellant.— Order unanimously modified by granting temporary alimony of $100 per week, and as so modified affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

JULIETTE T. ASCHNER, Appellant, v. PAUL ASCHNER, Respondent.— Order unanimously reversed, without costs, and the motion granted insofar as to allow an additional counsel fee of $500. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

STERLING NOVELTY CORPORATION, Respondent, v. FRANK & HIRSCH DISTRIBUTING CO. (PTY) LTD., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

DOMENICO STINGONE, Respondent, v. MARGARET STINGONE, Individually and as Administratrix of the Estate of MICHAEL STINGONE, Deceased, Appellant, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion for an examination of plaintiff before trial granted. No opinion. The time for the examination shall be fixed in the order within one week prior to trial. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

PEARL EPSTEIN, Appellant, v. MORRIS EPSTEIN, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

JANE S. KIRBY, Appellant, v. JOHN J. KIRBY, Respondent.— Order unanimously affirmed without prejudice to another application to open default upon a showing by plaintiff of merit in her cause of action. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

ALBERT L. JACOBS et al., Individually and as Copartners Doing Business under the Name of MERCHANTS MART, Respondents, v. SOLOMON GOLDMAN, Appellant, et al., Defendants.— Order, so far as appealed from, unanimously